AO 440  (Rev. 8/01)    Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the summons & complaint was made by me[(1)] | DATE<br>6/27/2007 @ 2:45 p.m. |
| NAME OF SERVER *(PRINT)*<br>**Alan M. Schmidt** | TITLE<br>**Special Process Server** |

*Check one box below to indicate appropriate method of service*

[X] Served personally upon the defendant by serving **Diane Dunning, authorized agent, c/o YCS&T Services, LLC, 1000 West Street, 17th Floor, Wilmington, DE 19801**

**55, F, W, 5'7", 165 pounds, blonde hair, glasses**

[ ] Left copies thereof at the defendant's house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were

[ ] Returned unexecuted:

[ ] Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United State of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   6/28/2007
                    Date

*Alan M. Schmidt* (signature)

Alan M. Schmidt

O'ROURKE INVESTIGATIVE ASSOCIATES, INC.
1225 King Street, Suite 400
P. O. Box 368
Wilmington, DE  19899-0368

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

# UNITED STATES DISTRICT COURT

_____ District of _____Delaware_____

**SUMMONS IN A CIVIL CASE**

N.E.C.A. LOCAL UNION NO. 313 )
I.B.E.W. HEALTH AND WELFARE )
FUND, )
 )
 )  C.A. No. 07-412
N.E.C.A. LOCAL UNION NO. 313 )
I.B.E.W. PENSION FUND, )
 )
INTERNATIONAL BROTHERHOOD )
OF ELECTRICAL WORKERS LOCAL )
UNION NO. 313 DEFERRED INCOME )
PLAN, )
 )
INTERNATIONAL BROTHERHOOD )
OF ELECTRICAL WORKERS LOCAL )
UNION NO. 313 APPRENTICESHIP )
AND TRAINING COMMITTEE, )
 )
THE DELAWARE DIVISION )
INTERNATIONAL BROTHERHOOD )
OF ELECTRICAL WORKERS' )
VACATION FUND, )
 )
and )
 )
INTERNATIONAL BROTHERHOOD )
OF ELECTRICAL WORKERS LOCAL )
UNION NO. 313, )
 )
         Plaintiffs, )
  v. )
 )
TRI-STATE TECHNOLOGIES, INC., )
A Delaware Corporation, )
 )
         Defendant. )

TO:   TRI-STATE TECHNOLOGIES, INC.
c/o YCS&T Services, LLC
1000 West Street
Brandywine Building, 17th Floor
Wilmington, DE 19801

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFFS' ATTORNEY:

Erica N. Finnegan (#3986)
Cross & Simon, LLC
913 North Market Street, 11th Floor
Wilmington, DE 19801

an answer to the complaint which is served on you with is summons within, 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of the Court within a reasonable period of time after service.

____PETER T. DALLEO____       6/26/07
CLERK                                DATE

_____[signature]_____
(BY) DEPUTY CLERK