IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| N.E.C.A. LOCAL UNION NO. 313, et al. | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-412 GMS |
| | ) | |
| TRI-STATE TECHNOLOGIES, INC. | ) | |
| | ) | |
| Defendant | ) | |

## **ORDER**

WHEREAS, on June 26, 2007, the plaintiffs filed a complaint against the above-captioned defendant (D.I. 1);

WHEREAS, on September 11, 2007, the plaintiffs filed an amended complaint against the above-captioned defendant (D.I. 4);

WHEREAS, to date, the court's docket reflects no further contact with the court by the parties;

IT IS HEREBY ORDERED that:

1. The plaintiffs are directed to SHOW GOOD CAUSE, in writing, within thirty (30) days from the date of this Order, as to why the above-captioned case should not be dismissed for failure to prosecute; and

2. If the plaintiffs fail to show cause, in writing, within thirty (30) days, this case will be dismissed without prejudice, and without further notice, pursuant to District of Delaware Local Rule 41.1.

/s/ Gregory M. Sleet
CHIEF, UNITED STATES DISTRICT JUDGE

January 31, 2008