IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| N.E.C.A. LOCAL UNION NO. 313 I.B.E.W. HEALTH AND WELFARE FUND, <br><br> N.E.C.A. LOCAL UNION NO. 313 I.B.E.W. PENSION FUND, <br><br> INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL UNION NO. 313 DEFERRED INCOME PLAN, <br><br> INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL UNION NO. 313 APPRENTICESHIP AND TRAINING COMMITTEE, <br><br> THE DELAWARE DIVISION INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS' VACATION FUND, <br><br> and <br><br> INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL UNION NO. 313, <br><br>         Plaintiffs, <br> v. <br><br> TRI-STATE TECHNOLOGIES, INC., A Delaware Corporation, <br><br>         Defendant. | C.A. No. 07-412 (GMS) |

**ORDER GRANTING LEAVE TO AMEND COMPLAINT**

The Plaintiffs having filed their Motion for Leave to Amend Complaint on March 7, 2008, and the Court finding good cause to grant the motion, it is hereby

**ORDERED**, that the Plaintiffs' Motion is granted and Plaintiffs' may file their Second Amended Complaint within five (5) business dates of the docketing of this Order and may serve the Second Amended Complaint pursuant to the Federal Rules of Civil Procedure.

Dated: April 3, 2008

Chief Judge Gregory M. Sleet

FILED
APR -- 3 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE