# UNITED STATES DISTRICT COURT
## District of Delaware

| | |
|---|---|
| N.E.C.A. LOCAL UNION NO. 313 I.B.E.W. HEALTH AND WELFARE FUND, | ) ) ) ) |
| N.E.C.A. LOCAL UNION NO. 313 I.B.E.W. PENSION FUND, | ) ) ) )  C.A. No. 07-412 (GMS) |
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL UNION NO. 313 DEFERRED INCOME PLAN, | ) ) ) ) ) |
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL UNION NO. 313 APPRENTICESHIP AND TRAINING COMMITTEE, | ) ) ) ) ) |
| THE DELAWARE DIVISION INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS' VACATION FUND, | ) ) ) ) ) |
| and | ) ) |
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL UNION NO. 313, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| TRI-STATE TECHNOLOGIES, INC., A Delaware Corporation; | ) ) ) |
| SUMMIT MECHANICAL, INC., A Delaware Corporation; and | ) ) ) |
| EDWARD M. MENDEZ, | ) ) |
| Defendants. | ) |

TO:   **EDWARD M. MENDEZ**
      **106 Canal Way**
      **Newark, DE 19702**

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFFS' ATTORNEY:

        **Erica N. Finnegan (#3986)**
        **Cross & Simon, LLC**
        **913 North Market Street, 11th Floor**
        **Wilmington, DE 19801**

an answer to the complaint which is served on you with is summons within, 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of the Court within a reasonable period of time after service.

**PETER T. DALLEO**                              APR 1 1 2008
_____          _____
CLERK                                            DATE
_Debra Smith_
(BY) DEPUTY CLERK

2

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on __EDWARD M. MENDEZ__,
by:           served 4/12/2008 @ 9:48 am.

   (1) personally delivering a copy of each to the individual at this place, __106 Canal Way, Newark De 19702__ (white male, S/P hair, 5'6", 65-70, 240 lbs, glasses) ; or

   (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

   (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

   (4) returning the summons unexecuted to the court clerk on _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

Date: __4/12/2008__

*[Signature]*
Server's signature
EUGENE J. FRANCIA, SPS

Printed name and title
D. M. PROFESSIONAL SERVICES
5 Orchard Lane
Wilmington, DE 19809

Server's address