## UNITED STATES DISTRICT COURT
### District of Delaware

| | |
|---|---|
| N.E.C.A. LOCAL UNION NO. 313 I.B.E.W. HEALTH AND WELFARE FUND, | )<br>)<br>)<br>) |
| N.E.C.A. LOCAL UNION NO. 313 I.B.E.W. PENSION FUND, | )  C.A. No. 07-412 (GMS)<br>)<br>) |
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL UNION NO. 313 DEFERRED INCOME PLAN, | )<br>)<br>)<br>)<br>) |
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL UNION NO. 313 APPRENTICESHIP AND TRAINING COMMITTEE, | )<br>)<br>)<br>)<br>) |
| THE DELAWARE DIVISION INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS' VACATION FUND, | )<br>)<br>)<br>)<br>) |
| and | )<br>) |
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL UNION NO. 313, | )<br>)<br>)<br>) |
| Plaintiffs,<br>v. | )<br>)<br>) |
| TRI-STATE TECHNOLOGIES, INC., A Delaware Corporation; | )<br>)<br>) |
| SUMMIT MECHANICAL, INC., A Delaware Corporation; and | )<br>)<br>) |
| EDWARD M. MENDEZ, | )<br>) |
| Defendants. | ) |

1

TO:    **SUMMIT MECHANICAL, INC.**
        c/o Diamond State Corporate Agents, Inc.
        1200 North Broom Street
        Wilmington, DE 19806

        YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFFS' ATTORNEY:

        Erica N. Finnegan (#3986)
        Cross & Simon, LLC
        913 North Market Street, 11th Floor
        Wilmington, DE 19801

an answer to the complaint which is served on you with is summons within, 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of the Court within a reasonable period of time after service.

**PETER T. DALLEO**
CLERK

_____
(BY) DEPUTY CLERK

APR 1 1 2008
_____
DATE

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on <u>Summit Mechanical, Inc.</u> by: Served on 4/11/2008 @ 3:37 pm

    (1) personally delivering a copy of each to the individual at this place, _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

X    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is <u>Kim Parks, Authorized to Accept Service (white female, 30, 5'5", 200 lbs, red hair)</u> ; or

    (4) returning the summons unexecuted to the court clerk on _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

Date: 4/11/08

Server's signature
ADAM GOLDEN, SPS

Printed name and title

D. M. PROFESSIONAL SERVICES
5 Orchard Lane
Wilmington, DE 19809

Server's address