IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| N.E.C.A. LOCAL UNION NO. 313 I.B.E.W. HEALTH AND WELFARE FUND;<br><br>N.E.C.A. LOCAL UNION NO. 313 I.B.E.W. PENSION FUND;<br><br>INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL UNION NO. 313 DEFERRED INCOME PLAN;<br><br>INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL UNION NO. 313 APPRENTICESHIP AND TRAINING COMMITTEE;<br><br>THE DELAWARE DIVISION INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS' VACATION FUND; and<br><br>INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL UNION NO. 313,<br><br>        Plaintiffs,<br><br>  v.<br><br>TRI-STATE TECHNOLOGIES, INC., A Delaware Corporation;<br><br>SUMMIT MECHANICAL, INC., A Delaware Corporation; and<br><br>EDWARD M. MENDEZ,<br><br>        Defendants. | Civil Action No. 07-412 (GMS) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

      Joseph Grey, a member of the Bar of this Court, acting pursuant to Rule 83.5 of the Local Rules of Civil Practice and Procedure of the United States District Court for the District of Delaware, hereby moves for the admission *pro hac vice* of Larry J. Rappoport, Esquire of the Law Firm of Stevens & Lee, P.C., 620 Freedom Business Center,

King of Prussia, Pennsylvania, 19406, to represent the Defendants, Summit Mechanical, Inc. and Edward M. Mendez, in this action.

                STEVENS & LEE, P.C.

                By: _____
                Joseph Grey (I.D. 2358)
                1105 N. Market Street, 7th Floor
                Wilmington, DE 19801
                Tel: (302) 654-5180
                Fax: (302) 654-5181
                E-mail: jg@stevenslee.com

                Attorneys for Defendants, Summit Mechanical, Inc. and Edward M. Mendez

Dated: May 6, 2008

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

                _____
                United States District Judge

Dated: _____

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Pennsylvania, before the United States District Court for the Eastern District of Pennsylvania and the United States District Court for the Middle District of Pennsylvania, and the United States Court of Appeals for the Federal Circuit, before the United States Court of Appeals for the Third Circuit and the United States Court of Appeals for the Fourth Circuit, and pursuant to Local Rule 83.6 submit to the jurisdiction of the United States District Court for the District of Delaware for purposes of any alleged misconduct which occurs in the course of, or in the preparation of, this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Local Rules and applicable orders, the annual fee of $25.00 has been paid to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

STEVENS & LEE, P.C.

By: _____
Larry J. Rappoport, Esquire
PA State Bar No. 26922
620 Freedom Business Center
King of Prussia, PA 19406
Tel: (610) 205-6039
Fax: (610) 371-7977
E-mail: ljr@stevenslee.com

Attorneys for Defendants, Summit Mechanical, Inc. and Edward M. Mendez

Dated: May 6, 2008

## CERTIFICATE OF SERVICE

I, Joseph Grey, hereby certify that, on this 6th day of May, 2008, and in addition to the service provided by the Court's CM/ECF system, true and correct copies of the foregoing Motion for Admission were served by first class United States mail, postage prepaid, upon the parties listed below:

> Erica N. Finnegan, Esquire
> Cross & Simon, LLC
> 913 North Market Street, 11th Floor
> Wilmington, DE 19801
>
> Stephen W. Spence, Esquire
> Phillips, Goldman & Spence, P.A.
> 1509 Coastal Highway
> Dewey, DE 19971

Dated: May 6, 2008

_____
Joseph Grey