IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| N.E.C.A. LOCAL UNION NO. 313 I.B.E.W. HEALTH AND WELFARE FUND; | : Civil Action No. 07-412 (GMS) |
| N.E.C.A. LOCAL UNION NO. 313 I.B.E.W. PENSION FUND; | : |
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL UNION NO. 313 DEFERRED INCOME PLAN; | : |
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL UNION NO. 313 APPRENTICESHIP AND TRAINING COMMITTEE; | : |
| THE DELAWARE DIVISION INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS' VACATION FUND; and | : |
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL UNION NO. 313, | : |
| Plaintiffs, | : |
| v. | : |
| TRI-STATE TECHNOLOGIES, INC., A Delaware Corporation; | : |
| SUMMIT MECHANICAL, INC., A Delaware Corporation; and | : |
| EDWARD M. MENDEZ, | : |
| Defendants. | : |

## DEFENDANT'S RULE 7.1 CORPORATE DISCLOSURE

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and

Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned

counsel for Defendant, SUMMIT MECHANICAL, INC. certifies that SUMMIT

MECHANICAL, INC. is not owned by any parent corporation or by any publicly held

corporation.

Dated:  May 12, 2008                          STEVENS & LEE, P.C.


                                      By  /s/ Joseph Grey
                                          Joseph Grey (ID 2358)
                                          1105 North Market Street, Seventh Floor
                                          Wilmington, DE  19801
                                          Telephone:  (302) 654-5180
                                          Telecopy (302) 654-5181
                                          E-Mal:  jg@stevenslee.com

                                          and

                                          Larry J. Rappoport (admitted pro hac vice)
                                          620 Freedom Business Center
                                          P.O. Box 62330
                                          King of Prussia, Pennsylvania 19406
                                          Telephone:  (610) 205-6000
                                          Telecopy:  (610) 478-2221
                                          E-Mail:  ljr@stevenslee.com

                                          Attorneys for Defendants, Summit Mechanical, Inc.
                                          and Edward M. Mendez

## <u>CERTIFICATE OF SERVICE</u>

I, Joseph Grey, hereby certify that on this 12th day of May, 2008, I caused true

and correct copies of the foregoing Disclosure Statement upon the following persons by

depositing the same in the United States mail, postage prepaid, addressed as follows:


Erica N. Finnegan, Esquire
CROSS & SIMON LLC
913 North Market Street
11th Floor
Wilmington, Delaware  19801

Tri-State Technologies, Inc.
c/o YCS&T Services, LLC
1000 West Street
Brandywine Building, 17th Floor
Wilmington, DE  19801


  */s/ Joseph Grey*
Joseph Grey